United States District Court
Southern District of Texas
**ENTERED**
February 27, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARY SUTTER, *et al*, § § § Plaintiffs, § VS. § ALLSTATE INSURANCE COMPANY, *et al*, § § Defendants. § | CIVIL ACTION NO. 4:21-CV-130 |

### ORDER OF DISMISSAL

In accordance with the Joint Stipulation filed January 15, 2021, (Doc # 2), it is hereby ORDERED that this action be dismissed without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

It is so ORDERED. 02/27/2021.

_____
The Honorable Alfred Bennett
United States District Judge